OPINION — AG — NEED AN OPINION OF A CERTAIN MR 'A' CAN CLINIC FOR THE TREATMENT OF ARTHRITIC OR ASTHMATIC CONDITIONS CONTAINING " URANIUM ORES, RADIUM AND RADON OMMISSION ? CITE: 19 O.S.H. 183, 59 O.S.H. 162, 74 O.S.H. 18(B), 59 O.S.H. 162, 59 O.S.H. 452, 59 O.S.H. 626, 59 O.S.H. 731.1, 59 O.S.H. 731.6, 63 O.S.H. 326.1, 63 O.S.H. 329.8 (FRED HANSEN)